No. 97–7497.  HINDS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 97–7498.  DOE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 97–7501.  FRANCO-RAMIREZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 97–7502.  PELLEGRINO v. SOUTH DAKOTA ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 97–7503.  JOHN DOE #1 v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 97–7507.  GEORGE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 97–7516.  STRABLE v. SOUTH CAROLINA DEPARTMENT OF JUSTICE.  C. A. 4th Cir.  Certiorari denied.

No. 97–7517.  BARNER v. BENSON, WARDEN, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 97–7523.  BLOUNT v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 97–7524.  CASS v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 97–7525.  THOMPSON v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 97–7527.  SLAUGHTER v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 97–7528.  PETROSIAN v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 97–7530.  OLIVIERI v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 97–7538.  JOSEPH v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 97–7539.  NOIL v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.